# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 20-90007

**A True Copy**
Certified order issued Feb 28, 2020

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

HATTIE YOUNG,

    Plaintiff - Respondent

v.

BL DEVELOPMENT CORPORATION, doing business as Harrah's Casino Tunica and Veranda Hotel,

    Defendant - Petitioner

Motion for Leave to Appeal
from an Interlocutory Order

Before HIGGINBOTHAM, SOUTHWICK, and WILLETT, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Northern District of Mississippi, entered on January 14, 2020, is DENIED.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 28, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-90007    Hattie Young v. BL Development Corporation
                       USDC No. 3:19-CV-34

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

Mr. David Crews
Mr. David W. Houston, III
Mr. Goodloe Tankersley Lewis
Mr. Crymes Morgan Pittman
Mr. Carl Victor Welsh, III