IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HATTIE YOUNG                                                                                   PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:19CV034-NBB-RP

BL DEVELOPMENT CORP.
D/B/A HARRAH'S CASINO TUNICA
AND VERANDA HOTEL                                                                              DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiff's Motion to Exclude Testimony of Monica Fuess is **GRANTED**; that the plaintiff's Motion for Adverse Inference Based upon Spoliation of Evidence is **DENIED**; that the defendant's Motion for Summary Judgment is **GRANTED**; and that this case is **DISMISSED** with prejudice and closed.

This 25th day of September, 2020.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE